

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00365-CV

## IN RE ANNE M. WHEARY

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

Relators' petition for writ of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed January 2, 2019
[OT06]

